Michael V. TORELLI, Plaintiff–Appellant,

Karen Torelli, his wife, Plaintiff,

v.

UNITED STATES of America, Defendant–Appellee,

Sullivan Joint Trust, Defendant.

No. 13–10957.

United States Court of Appeals, Eleventh Circuit.

Sept. 24, 2013.

Brian James Lee, Carl Scott Schuler, Schuler & Lee, PA, Jacksonville, FL, for Plaintiff–Appellant.

Patricia D. Barksdale, Ronnie S. Carter, Collette Bridget Cunningham, U.S. Attorney's Office, Jacksonville, FL, Robert E. O'Neill, Tampa, FL, for Defendant–Appellee.

Before MARCUS, HILL and KRAVITCH, Circuit Judges.

PER CURIAM:

Having reviewed the record and considered the arguments of the parties in their briefs, we affirm the district court in all respects related to this appeal for the reasons stated by the district court.

**AFFIRMED.**